FILED'09 DEC 18 16:12 USDC-ORP

Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WILLIE T. ROUNDS | CV 08-1348-MA |
| Plaintiff, | ORDER FOR EAJA ATTORNEY FEES |
| v. | |
| MICHAEL J. ASTRUE<br>Commissioner of Social Security, | |
| Defendant. | |

Based upon the stipulation of the parties, the Court orders the Commissioner of Social Security Administration to pay Equal Access to Justice Award (EAJA) attorney fees in the amount of $5,300.00 for attorney fees to Plaintiff payable to Plaintiff's attorney to be mailed to Plaintiff's attorney at PO Box 98, Summertown, TN. 38483.

It is so ORDERED
Dated this 16, day of Dec 2009

*Malcolm F Marsh*
United States District Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES